```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
DIANNE ROSE,                                     :
                        Plaintiff,               :
                                                 :
        -against-                                :       24-cv-00546 (ALC)
                                                 :       ORDER
UNITED STATES OF AMERICA D/B/A                   :
DEPARTMENT OF HEALTH AND HUMAN                   :
SERVICES D/B/A NATIONAL INSTITUTE OF             :
HEALTH,                                          :
                        Defendants.              :
                                                 :
                                                 :
------------------------------------------------------------------ :
                                                 :
                                                 x
```

**ANDREW L. CARTER, JR., District Judge:**

The parties are directed to file a joint status report by February 1, 2024 proposing a deadline for Defendant to file an answer or otherwise respond to the Amended Complaint.

**SO ORDERED.**

**Dated:     January 25, 2024**
            **New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**