Dianne Rose, as Administrator of The Estate of Paul A. Rose
425 Park Avenue South
Apt 11CD
New York, NY 10016

March 8, 2024

Hon. Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2024
New York, NY

Re:  Case 1:24-cv-00546-ALC   MOTION

Dear Judge Carter:

I am in receipt of your letter requesting a written response by March 12, 2024 to the Defendants' pre-motion conference letter dated March 4, 2024 requesting leave to move to partially dismiss the Complaint. ECF No. 18.  I am requesting an extension to March 25, 2024.  Jeremy M. Liss, Assistant United States Attorney has agreed to an extension.

Thank you for your consideration.

Respectfully,
Dianne Rose, as Administrator of the Estate for Paul A. Rose
Plaintiff, pro se