

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/17/2026

*86 Chambers Street*
*New York, New York 10007*

June 17, 2026

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management conference scheduled for Monday, June 29, 2026, at 2:00 p.m., in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, July 20, 2026, at 2:00 p.m.** The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J. 06/17/2026

Re:     *Dianne Rose, as Administrator of the Estate of Paul A. Rose. v. United States of America*, No. 24-cv-00546 (ALC) (KHP)

Dear Judge Parker:

This Office represents the government in this medical malpractice action brought by *pro se* plaintiff Dianne Rose as administrator of the estate of Paul A. Rose ("Plaintiff"). The Court has scheduled the initial conference for Monday, June 29, 2026. I write respectfully to request an adjournment of that initial conference date to a date convenient for the Court on or after July 13, 2026.

I make this request because I am unavailable on the current conference date, as I have pre-arranged travel plans and will not be in the office. As the assigned attorney, I am the most knowledgeable individual to appear and address the issues raised at the initial conference. This is the government's first request for an adjournment of this conference and Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:      /s/ *Chibogu Nneka Nzekwu*
C. Nneka Nzekwu
Assistant United States Attorney
Tel.: (212) 637-2737
Email: Chibogu.Nzekwu@usdoj.gov

1